# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MARCUS CLAY, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | CASE NO.  11-cv-238-JPG-PMF |
| | ) | |
| UNKNOWN PARTY, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

This case is presented on a sua sponte recommendation that claims against unidentified and unserved parties be dismissed without prejudice.  Plaintiff Marcus Clay is proceeding on Count 1 against two known defendants and thirteen unknown defendants.  He is proceeding on Count 2 against one unknown defendant and on Count 3 against two known defendants and fourteen unknown defendants (Doc. Nos. 1, 10).  The known defendants (Phillip L. Bailey and Gilbert Hughes) have been served.  On September 27, 2011, a pretrial order was entered, setting  January 6, 2012, as the deadline for motions seeking leave to amend in order to identify the unknown defendants (Doc. No. 20).  That deadline passed without a request for leave to amend or a request for extension of the deadline.  The unknown defendants have not been served.  The parties are scheduled to complete discovery in June, 2012.

Rule 4(m) of the Federal Rules of Civil Procedure provides that, if service is not made within 120 days, the court shall dismiss without prejudice as to that defendant or direct that service be effected within a specified time, provided that if there is a showing of good cause, the time for

service shall be extended for an appropriate period.  Fed. R. Civ. P. 4(m).  The January 6, 2012,
deadline for identifying unknown parties extended service well beyond the usual 120-day deadline.
At this time, Clay's claims against unknown parties (part of Counts 1 and 3 and all of Count 2)
should be dismissed without prejudice for lack of service of process.

IT IS RECOMMENDED that the claims against unknown parties in Counts 1, 2, and 3 be
dismissed without prejudice for lack of service of process.  If this recommendation is adopted,
Counts 1 and 3 will remain only as to the known defendants.

**SUBMITTED:**   **April 12, 2012**  .

**S/Philip M. Frazier**
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**