UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARCUS CLAY,

    Plaintiff,

    v.

UNKNOWN PARTIES, PHILLIP L. BAILEY, and GILBERT HUGHES,

    Defendants.

Case No. 11-cv-238-JPG-PMF

## **MEMORANDUM AND ORDER**

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 24) of Magistrate Judge Philip M. Frazier recommending that the Court dismiss plaintiff Marcus Clay's claims against the unknown defendants without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for lack of service of process.

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report in its entirety (Doc. 24), **DISMISSES** the claims against the unknown defendants **without prejudice** pursuant to Rule 4(m) for lack of service of process and **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case. The only claims remaining in this case are

Counts 1 and 3 against defendants Bailey and Hughes.

**IT IS SO ORDERED.**
**DATED: May 14, 2012**

                                                   s/J. Phil Gilbert
                                                   **J. PHIL GILBERT**
                                                   **DISTRICT JUDGE**