UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARCUS CLAY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN PARTIES, PHILLIP L. BAILEY,<br>and GILBERT HUGHES,<br><br>    Defendants. | Case No. 11-cv-238-JPG-PMF |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that Counts 1 (excessive force), 2 (failure to protect) and 3 (deliberate indifference to serious medical need) of plaintiff Marcus Clay against the unknown defendants are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Counts 1 (excessive force) and 3 (deliberate indifference to serious medical need) of plaintiff Marcus Clay against defendants Phillip L. Bailey and Gilbert Hughes are dismissed with prejudice.

**DATED: August 2, 2012**          NANCY J. ROSENSTENGEL, Clerk of Court

                                                            s/Brenda K. Lowe, Deputy Clerk


**Approved:**     s/J. Phil Gilbert
                       **J. PHIL GILBERT
                       DISTRICT JUDGE**